# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-cr-115 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JAWANN MAKELL BURTON | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 125] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Three and Four of the six-count Superseding Indictment; (2) accept Defendant's guilty plea to Counts Three and Four of the six-count Superseding Indictment; (3) adjudicate Defendant guilty of Count Three: Possession of a mixture and substance containing a detectable amount of marijuana with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D); (4) adjudicate Defendant guilty of Count Four: Possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 125] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Three and Four of the six-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Three and Four of the six count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three: Possession of a mixture and substance containing a detectable amount of marijuana with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D);

4. Defendant is hereby **ADJUDGED** guilty of Count Four: Possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **August 8, 2024, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**